**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:05-cv-00177-WDM-OES

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

MELISSA R. WOLFF,

        Plaintiff/Intervenor,

        v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

        Defendant.

---

## ORDER

---

It is hereby ORDERED that SCHEDULING ORDER BE AMENDED as follows:

*The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before* December 15, 2005.

*The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before* February 6, 2006.

DATED this 19th day of October, 2005.

        BY THE COURT:

        s/ O. Edward Schlatter
        _____
        United States Magistrate Judge O. Edward Schlatter