IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00177-WDM-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

v.

JOSLIN DRY GOODS COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Defendant's motion to file sur-response (doc. no. 51) is granted.

Dated:  January 10, 2006

                                      /s/ Jane Trexler, Secretary/Deputy Clerk