IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

MELISSA R. WOLF,

     Plaintiff/Intervenor,

v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2006.**

     For the reasons stated in the Order entered by this Court on December 27, 2005, plaintiff EEOC's Emergency Motion to Stay pending a ruling on Appeal of Magistrate Judge Decision to District Court regarding denial of plaintiff EEOC's Motion for Protective Order [Filed January 04, 2006; Docket #53] is **denied**.