IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2006.**

    Plaintiff EEOC's Unopposed Motion to Amend the Scheduling Order [Filed February 13, 2006; Docket #61] is **granted** in part and **denied** in part. The discovery deadline is amended to May 15, 2006. The parties may seek further continuance before that date if a ruling has not been made on the Rule 72 objection.