IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

MELISSA R. WOLFF,

    Intervenor Plaintiff,

v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2006.**

    In light of United States District Judge Walker Miller's Order issued March 29, 2006, Plaintiff's Motion for a Protective Order [Filed February 16, 2006; Docket #63] and Defendant's Motion for a Protective Order [Filed February 17, 2006; Docket #66] are **denied** as moot. The parties are encouraged to file a Joint Stipulated Motion for Protective Order as soon as possible.