IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00177-WDM-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

MELISSA R. WOLFF,

    Plaintiff/Intervenor,

v.

JOSLIN DRY GOODS COMPANY, d/b/a DILLARD'S,

    Defendant.

---

## ORDER FOR PUBLICATION

---

    This matter is before me on one of the parties' request that I publish my March

29, 2006 Order on Recommendation of Magistrate Judge.  The party asserts that there

exists little or no relevant authority addressing the issues resolved by my order.  No

objection to the motion has been filed.  After consideration I conclude the request

should be granted and order that my March 29, 2006 Order on Recommendation of

Magistrate Judge be published and circulated.

DATED at Denver, Colorado, on April 20, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge