IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

MELISSA R. WOLFF,

      Plaintiff-Intervenor,

vs.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 30, 2006.**

      Before the Court is Plaintiff EEOC's Motion to Compel Documents [Docket #102].  A hearing was held in this case on June 1, 2006, concerning various discovery issues.  One such issue relates to the production of documents that Defendant considers confidential and which Defendant argued at the hearing that it would not produce until a protective order had been entered in this case.  To that end, the Court directed the EEOC to provide its draft of a protective order to Defendant no later than June 2, 2006.  Defendant was directed to submit either a stipulated protective order or a status report indicating the sections of the protective order subject to dispute no later than June 9, 2006.  The parties also briefed the disputed protective order after the EEOC filed its Third Motion for Protective Order, and the Court entered a Protective Order on June 15, 2006.

      Following the hearing, the EEOC filed a Motion to Compel on June 2, 2006, seeking the production of documents marked by the Defendant as confidential.  Because the Protective Order has now been entered, Plaintiff EEOC's Motion to Compel Documents [Filed June 2, 2006; Docket #102] is **denied** as moot.