IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

MELISSA R. WOLFF,

      Plaintiff-Intervenor,

vs.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 12, 2006.**

Plaintiff EEOC's Unopposed Expedited Motion to Vacate Pretrial Conference of July 11, 2006 and to Reschedule Other Deadlines [Filed July 10, 2006; Docket #116] is **granted**. The Pretrial Conference scheduled for July 11, 2006, at 9:00 a.m. is hereby **vacated** and **rescheduled** to **December 5, 2006, at 9:30 a.m.**  It is further ordered that the dispositive motion deadline be reset to October 9, 2006.

The parties are reminded that unless a party specifically asks *and* the Court directly addresses a deadline or date in any case, that deadline remains unchanged, even if extensions are sought for other dates or deadlines.