IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

MELISSA R. WOLFF,

     Plaintiff-Intervenor,

vs.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 30, 2006.**

     Plaintiff EEOC's Unopposed Motion to Extend Dates Set Forth in the Scheduling Order [Filed November 28, 2006; Docket #163] is **granted**.  The Final Pretrial Conference scheduled for December 5, 2006, is **vacated**, as are all other discovery related deadlines.  The parties are directed to contact Chambers within three business days after a ruling on EEOC's Rule 72(a) objection to the Order of Stay to set a date for a new scheduling conference.