IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 28, 2007.**

     Defendant's unopposed Motion to Change Case Caption [Filed February 26, 2007; Docket #174] is **granted**.  The case caption in this matter hereby changed to delete Ms. Wolff as an intervenor plaintiff, as written above.