IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 3, 2007.**

    Before the Court is the Joint Motion to Amend the Scheduling Order [Docket #204], in which the parties seek a four-month extension for discovery.  A telephonic status conference is set in this matter for **July 9, 2007, at 9:15 a.m.**  The parties are directed to conference together and contact Chambers at 303-844-4507 at the designated time.