IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

v.

JOSLIN DRY GOODS COMPANY d/b/a DILLARD'S,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2007.**

      The Joint Motion to Amend the Scheduling Order [Filed July 2, 2007; Docket #204] is **granted in part** and **denied in part**, as specified in the Minutes for the Status Conference held July 9, 2007.