IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-00177-WDM-MEH　　　　　　Date:   July 31, 2007
Courtroom Deputy: Cathy Coomes　　　　　　　　　　**FTR – Courtroom C203**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,　　Sandra J. Padegimas
　　　　　　　　　　　　　　　　　　　　　　　　　　Sally Shanley
　　　Plaintiff,

vs.

THE JOSLIN DRY GOODS COMPANY,　　　　　　　　Lynn S. McCreary
d/b/a Dillard's,

　　　Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**Court in session:**　　9:33 a.m.

Court calls case.  Appearances of counsel.  Ms. Padegimas and Ms. Shanley appear by telephone.

The Court advises counsel that this case will be transferred to the new Magistrate Judge, Kristen Mix, and he will no longer be assigned to this case.

Argument and discussion regarding Defendant's Motion to Compel Discovery (Doc. #194, filed 5/31/07).

**ORDERED:**　As stated on the record, Defendant's Motion to Compel Discovery (Doc. #194, filed 5/31/07) is GRANTED in part and DENIED in part.  All information ordered to be provided will be done by **August 14, 2007.**

Argument and discussion regarding Defendant's Motion to Compel the EEOC to Provide Proof of Individuals' Intent to be Represented, to Preclude Rescission of Withdrawal of Individuals and for Other Relief the Court Deems Appropriate (Doc. #218, filed 7/18/07).

**ORDERED:**  As stated on the record, Defendant's Motion to Compel the EEOC to Provide Proof of Individuals' Intent to be Represented, to Preclude Rescission of Withdrawal of Individuals and for Other Relief the Court Deems Appropriate (Doc. #218, filed 7/18/07) is GRANTED.

**Court in recess:**    **11:04 a.m.  (Hearing concluded)**
**Total time in court:**  1:31