IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00177-WDM-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff(s),

v.

JOSLIN DRY GOODS COMPANY,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court pursuant to the Joint Unopposed Motion to Modify Scheduling Order for Enlargement of Discovery Cutoff and Dispositive Motions Deadlines [Docket No. 230, Filed October 26, 2007] ("the joint motion").

      IT IS HEREBY **ORDERED** that the joint motion is **GRANTED**.  The amended Scheduling Order entered in this case [Docket No. 209] is further amended as follows:

- Discovery Cutoff       **November 16, 2007**
- Dispositive Motions Deadline       **December 14, 2007**

The deadlines for responses and any replies to dispositive motions will be governed by the Local Rules.


Dated: October 26, 2007